Case 4:23-cv-03056   Document 22   Filed on 12/03/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 03, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SAMAY BUSINESS INC., *et al.*, | § |
| Plaintiffs, | § |
| VS. | § CIVIL ACTION NO. 4:23-CV-03056 |
| UR MENDOZA JADDOU, *et al.*, | § |
| Defendants. | § |

## ORDER

Before the Court is United States Magistrate Judge Richard W. Bennett's Memorandum and Recommendation filed on November 15, 2024. Doc. #21. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Therefore, Plaintiffs Samay Business Inc. and Sohil Kurban Karolia's Motion for Summary Judgment (Doc. #12) is hereby DENIED. Defendants UR Mendoza Jaddou, Mary Elizabeth Brennan Sang, and USCIS Administrative Appeals Office's Motion for Summary Judgment (Doc. #16) is GRANTED. The Court will enter a separate Final Judgment.

It is so ORDERED.

12/3/24
Date

The Honorable Alfred H. Bennett
United States District Judge